IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERTO CAMACHO, JR.,** | : | |
|     **Plaintiff** | : | No. 1:14-cv-01428 |
| | : | |
|     v. | : | |
| | : | (Judge Kane) |
| | : | |
| **R. L. DEAN, et al.,** | : | |
|     **Defendants** | : | |

**ORDER**

**AND SO**, on this 28th day of March 2016, **IT IS HEREBY ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation of Magistrate Judge Schwab (Doc. No. 102);

2. Plaintiff's appeal of Magistrate Judge Schwab's order on pretrial motions (Doc. No. 104), is **OVERRULED**;

3. Plaintiff's motion for a preliminary injunction (Doc. No. 13), is **DENIED**;

4. This matter is referred back to Magistrate Judge Schwab for further pretrial management.

                                                  S/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania