IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERTO CAMACHO, : | |
|     Plaintiff : | |
| : | No. 1:14-cv-01428 |
| v. : | |
| : | (Judge Kane) |
| R.J. DEAN, <u>et al.</u>, : | (Chief Magistrate Judge Schwab) |
|     Defendants : | |

## ORDER

Before the Court in the above-captioned action is the April 9, 2018 Report and Recommendation of Chief Magistrate Judge Schwab. (Doc. No. 215.) No timely objections have been filed. **ACCORDINGLY**, on this 15th day of May 2018, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 215), of Chief Magistrate Judge Schwab;

2. Defendants' motion for partial summary judgment (Doc. No. 194), based on Plaintiff's failure to exhaust administrative remedies is **GRANTED in part** and **DENIED in part**, as follows:

   a. The motion is **GRANTED** as to Defendants Hoover and Price. The Court will defer entry of judgment in favor of Defendants Hoover and Price and against Plaintiff until the conclusion of this case;

   b. The motion is **DENIED** as to Defendants Dean and Bickell; and

3. In light of the fact that the deadline set for the filing of dispositive motions has passed (<u>see</u> Doc. No. 193), a telephone status conference will be held on June 15, 2018 at 11:00 a.m. to discuss setting a date for trial of the remaining claims. The telephone number of the Court is 717-221-3990. Plaintiff's counsel shall initiate the call.

                                                   s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania